**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Cain PARTIDA–VARGAS,**
**Defendant–Appellant.**

No. 12–10235.

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2013.*

Filed June 24, 2013.

Kathleen Anne Servatius, Assistant U.S. Attorney, Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Arthur Henry Weed, Esquire, Santa Barbara, CA, for Defendant–Appellant.

Jose Cain Partida–Vargas, Estill, SC, pro se.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Jose Cain Partida–Vargas appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of his custodial sentence. We dismiss.

Partida–Vargas contends that the district court erred in denying his motion for a sentence reduction. Because Partida–Vargas has finished serving his "term of imprisonment," he is no longer eligible for relief under section 3582(c)(2). *See* 18 U.S.C. § 3582(c)(2) (allowing the district court to reduce the "term of imprisonment" when the defendant was sentenced based upon a sentencing range which has been subsequently lowered). Accordingly, we dismiss this appeal as moot. *See United States v. Strong,* 489 F.3d 1055, 1059 (9th Cir.2007).

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.